RECEIVED
SEP 2 6 2013
PRO SE OFFICE

13 CV 6830

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Baxter A. Thomas-Bey,
Ex-Rel. Baxter A. Thomas, A.K.A. Abdul Aziz

**VERIFIED COMPLAINT**

**AND JURY TRIAL DEMAND**

Plaintiff,

Vs.                                                                       Index No._____

New York City Human Resource Administration,
Commissioner Robert Doar, Jacqueline Green, David     Assigned Judge_____
Piersante, Michael R. Bloomberg, et al, in their official
Capacity,

Defendants,
-----------------------------------------------------------x

Plaintiff, Baxter A. Thomas-Bey, in Propria Persona, Sui Juris, under *Common Law,*

*Constitutional Law,* and under the 1787 Moorish-American Treaty, of *"peace/friendship"* and

certified by former President, Jefferson and Adams, of the United States Republic, state; and for

my complaint, alleges as follows: First, Federal Question{s}, 1.Religion, 2. Nationality Origin,

3. Constitutional sexual orientation: is homosexuality and "African-American" Christianity a

prerequisite for Constitutional protections; can the City impose homosexuality and Christianity

on another being, with impurity? Deliberate indifference clause, which has been characterized as

the actions of a government official who recognizes the risks of his or her actions but act in a

manner that suggests he or she does not care about the risks[1].

## INTRODUCTION

1. This is a Birth {Nationality}, Human, Civil, and Constitutional action against the

   Defendants, in their official capacity, for violations of Plaintiff's Birth, Divine, Civil

   Rights and Laws, Federal U.S. Guaranteed Constitutional Rights {Supreme Law}, as

---

[1] Hill v. Shobe, 93 F.3d 418, 421 {7th Cir}; Mallowy v. Hogan, 378 U.S. 1; Miranda v. Arizona, 384 U.S. 426, 491;

1

otherwise guaranteed under Laws, and enumerated in the United Nations Declaration of Human Rights, Common Law, and all applicable laws, state for this action.

2. Plaintiff's is the target/subject of a City government Christian "cult" conspiracy, criminal enterprise, against my Natural Birth, U.S. Constitutional Rights and laws, enumerated in the Treaty in the United Nations Declaration, and egregious violations, religious discrimination, under the Americans with Disability Act {ADA hereinafter}. Department of Justice {DOJ hereinafter}, Section 504, and acts of "terror" and "terrorist", as defined in law[2] {See Exhibit A, FBI E-mail and attached letter}.

3. In addition to violation(s) of the CONVENTION against *TORTURE* and other *CRUEL, INHUMAN* or *DEGRADING TREATMENT* or PUNISHMENT.

4. Specifically, *Article 1, 7, 55*; "torture means any act by which **severe pain or suffering,** whether physical or mental, is intentionally inflicted on a person for such obtaining from him/or her or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person has committed or for any reason based on *discrimination of any kind*, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or person acting in an official capacity.

5. Plaintiff seeks *$100 Million Dollars* monies and multiple damages for the wrongful, illegal "Exclusion" from Human Resource Administration {hereinafter HRA} Job Vocational and Rehabilitation {hereinafter, VOR} training and constitutional violations by the Defendants, or those {s} acting on their behalf, which

---

[2] Norton v. Shelby County, 118 U.S. 426, 491; 86 S.Ct. 1603; 18 U.S.C. § 2331; 18 USC Chapter 113B

violated my rights guaranteed to Plaintiff under United Nations Declaration on Human Rights, ADA, Federal Civil Rights Protections, *Divine Laws, State laws, Common Law*, *Constitutional Laws,* and *Civil Rights,* specifically *Title VII* of *the Civil Rights Act of 1964*.

6. *New York State Human Rights Law,* violations implemented under the 1856 Penal Code Law, defined as the "**Black Codes" Law, {"Black Codes had their roots in the slave codes"}** and New York City Human Rights Law, N.Y. City Administrative *Code §§ 8-101* to *131, and 18 USCA & 2331.*

7. Plaintiff's alleges, herein that he was subjected to sexual orientation and religious discrimination, denied equal terms, conditions and privileges of employment, on or about July 12, 2011 and illegally terminated based on plaintiff religion {Islam} of PEACE, and retaliation, by Jacqueline Green, HRA Director of VOR and in violation of the U.S. Attorney General statements to Vocational Rehabilitation agencies, in occupation training in the Human Services field, while performing her "professional" prescribe Human Services duties as a "public servant" {See Ex. B }.

## JURISDICTION AND VENUE

8. The jurisdiction of this Honorable Court is invoked pursuant to and under 28

U.S.C. §§ 1331, 1343, 1367, U.S.C. 241, 242, 243, Civil Rights Act of 1964, "Color of Law", and "Color-able Law", violations pursuant to the 5th and 14th Amendments, and as applied to the States by virtue of the Fourteenth Amendment.

9. Unlawful acts alleged herein were committed in whole or in part in the

Southern District of New York, and under the premise of "Color of Law" actions

Committed by those who violated their Oaths of office colluding to abridge the Rights

3

Secured for the National Being, Plaintiff, and violations of plaintiff U.S. guaranteed rights. Where crimes is committed with impunity by any class of persons, society, so far as they are concerned, is reduced to that condition of barbarism which compels those unprotected by other sanction to rely upon physical force for the vindication of their natural rights. There is no other remedy, and no other security[3].

## ADMINISTRATIVE PROCEEDINGS

10. Plaintiff has satisfied all procedural requirements prior to commencing this

Action in that plaintiff timely filed complaints, with Defendant Robert Dora Commissioner, David Pieraante, and claim notice, in accordance with City's regulations, or Administrative codes. Plaintiff received an oral notice, on or about August 1, 2012, that HRA failed to respond and professionally acknowledged the claim letter notice investigation inquiry from the New York City {NYC, hereinafter}  Controllers office.

## PARTIES

11. Plaintiff is a fifty-six (56) year-old disable male who resides in New York County.
 Upon information and belief Defendants are civil "employees" within the
Meaning of Public Servants, defendants pledge alliance to the "Illuminati" and the devil, the Constitution declaration of "we the people, and by the people", and bound by Oath or Affirmation, to support the Constitution; "but no religious test shall ever be required as qualification to any office or public trust under the United States" {See Exhibit C}.

## ALLEGATIONS

12. Plaintiff hereby repeats and re-alleges each allegation contained in paragraphs

"1" through "10" as if fully set forth herein.

13. Defendants herein employed the criminal *Penal Code Law 120.35;* annotated as

*"promoting suicide",* the core letters of maneuvering is *"duress and deception".*

---

[3] U.S. v. Rhodes, {C.C. D. Ky. 1800} U.S. v. Wiltberger, 5 Wheat {18 U.S.} 96. Com. V. Loring, 8 Peck. 374.

Defendants' public responses to law and government grievances were to characterized plaintiff as "mentally ill", and or have a "mental disorder".

14. When in fact, that the Defendants herein *mentally, psychologically, "tortured" and "terrorized"* plaintiff's {See Exhibit D, Probation interview, by a concern Jewish Human Rights Activist, Cover and Pg.1}. Plaintiff observed an HRA worker pass, Hotel client's vital information off to a visiting "African-American" homosexual, and documented this truth with the Commissioner of the Internal Revenue Service {IRS letter}.

15. Jacqueline Green, called plaintiff "racial", and stated to plaintiff "you are going get yourself killed". By who?; Had other clients and staff spy on plaintiff while in VOR classes, treated females Christians, and homosexual clients with special preferred treatment; referred to "Europeans" or the Caucasian community as "the vanilla people".

16. Plaintiff's filed a complaint against Ms. Green, directed to Defendant Commissioner Robert Dora, informing him of the above "evil" nature and unprofessional behavior of defendant Green in 2008, or 2009 at the on-set of plaintiff's encounter with her; said complaint was blatantly negated[4].

17. Additionally, on or about July 12, 2011, another complaint was filed with David Piersante, and defendant Piersante stated, "I cannot do anything about it", her unprofessional conduct and *mental abusive behavior* {See Exhibit E}.

18. Defendant Green, criticized plaintiff's political communication with the President, or his administration, and condemned plaintiff's school achievement which plaintiff's obtained

---

[4] Sherar v. Cullen, 481 F. 2d 946 {1973}; Simmons v. United States, 390 U.S. 377 {1968}; Warnock v. Pecos County, Texas., 88 F. 3d 341 {5th Cir. 1996}; Burton v. United States, 202 U.S. 344, 26 S.Ct. 688 50 L.Ed 1057

5

independence of her or her volunteer staff.

19. The program volunteer staff created a defective resume, and plaintiff's Asia friend {Sonny} acknowledged the defectiveness and made the corrections. Defendant Bloomberg was used as a pretext in the class, as to jobs, and or grants or monies. Other clients were given jobs or offered jobs, and obtained employment, but not plaintiff.

20. Defendant's Michael R.Bloomberg, et.al, created an astrosphere of Islamophobia, and Muslims "hate" based on the monumental "9/11" lie {See Exhibit F and President "9/11" Fax}. In addition, Defendant Bloomberg promoted "same-sex marriage", as oppose to the Nature State of one being made in the "image and likeness of "G-D" {See Exhibit G; "Zionist Jews spreading sin and sickness through America like wildfire"[5]}. Michael R. Bloomberg was given a copy of the truth about "9/11"on August 21, 2012; "Enemies Foreign and Domestic", by Edward Hendrie, and took the risk, that plaintiff wouldn't be able to expose him and the lie {See Exhibit H}. As, stated; *"if the enemies of truth imagine that they will "be first" by destroying truth before it takes root, they are sadly fault, for their own persecution my help to plant Allah's truth firmly in men's hearts"*.

## AS AND FOR A FIRST CAUSE OF ACTION BASED ON SEX (MALE) UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

21. By engaging in the foregoing conduct, Defendants has violated Plaintiff's Rights under Title *VII* in that Plaintiff were not employed based on sex (male) and Gender and Religious discrimination.

22. As herein described, the Defendants acted with malice or with reckless disregard for Plaintiff's rights, proximately causing Plaintiff mental anguish, conscious pain,

---

[5] Adler v. Harris, N.Y. L. J. @ 29, Col. 6 {N.Y. City Civil Ct. Mar. 24, 1999{Ct. app. 1992 Material depicting natural and unnatural sex Acts, is Dept. of Human Rights 713 N.E. 2d, 592}.

suffering, emotional distress, and the loss of income and other related benefits, thereby entitling Plaintiff to an award of compensatory and punitive damages and an award of reasonable  Sui Juries attorney's fees. **HOMOSEXUALITY IN AMERICA:** research, Hillary Clinton lesbian affair in the White House, with Huma Abedin. President Obama homosexual affair; "Barack Obama, cocaine, sex, Lies, & Murder"; Harlem Bishop Joseph T. Bright, Jr, {See attached letter}, Former President George Bush Sr; "Homosexuality Child Prostitution Ring involving George Bush, Sr"{See pg.1}. State of New York Division of Parole homosexual cult conspiracy and New York City Department of Probation evidences of the overt chain conspiracy, as stated on page 2/parg.2. The "Illuminati" is "mostly homosexual and pedophiles and it controls the world traffic in drugs, guns, pornography and prostitution" {See attached Exhibit C, and "Freemasonry is a criminal organization"}. et. .al in the caption is this "evil" caliber and Zionist, the authors of the conspiracy in plaintiff life, within the government, the secret relationship between some "Black" Christian's females and Zionist is the nucleus, not Jews.

## AS AND FOR A SECOND CAUSE OF ACTION BASED ON SEX (MALE) UNDER NEW YORK EXECUTIVE LAW §290

23. Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs "1" through "22" as though fully set forth herein.

24. By engaging in the foregoing conduct, Defendants has violated Plaintiff's Rights under the State Human Rights Law in that Plaintiff were not employed based on sex (male) and Religious, or offered Jobs opportunities, and this truth is verifiable in HRA business-link records.

25. As herein described, the Defendants acted, with malice and with reckless Disregard for Plaintiff's rights, proximately causing Plaintiff *mental anguish, conscious pain*, *suffering, emotional distress,* and the loss of income and other related benefits, thereby entitling

7

plaintiff to an award of compensatory damages.

## AS AND FOR A THIRD CAUSE OF ACTION BASED ON SEX (MALE) UNDER NEW YORK CITY HUMAN RIGHT LAW §8-101, ET AL.

26. Plaintiff repeats and re-alleges each and every allegation contained in
Paragraphs "1" through "25" as though fully set forth herein.

27. By engaging in the foregoing conduct, Defendants has violated Plaintiff's
Rights under the State Human Rights Law in that Plaintiff was not employed based on sex
(male).

28. As herein described, the Defendants acted with malice and with reckless and deliberate
indifference to Plaintiff health, mental state and Constitutional Rights, Freedom of Religion and
sexual preferences.

Disregard for Plaintiff's rights, proximately causing Plaintiff ***mental anguish***, ***conscious pain***,
suffering, ***emotional distress***, and the loss of income and other related benefits, thereby entitling
plaintiff to an award of compensatory damages. New York City, State and Federal Government,
are all related to the "New World Order", or the "Illuminati". Freemasonry has been after
plaintiff for over thirty years, and is the phallic homosexual males who have terrorized plaintiff
with telepathy communication, and their governmental female support, and in Christianity.

## AS AND FOR A FOURTH CAUSE OF ACTION BASED ON RELIGION (ISLAM) UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

29. Plaintiff repeats and re-alleges each and every allegation contained in
Paragraphs "1" through "24" as though fully set forth herein.

By engaging in the foregoing conduct, Defendants has violated Plaintiff's

Rights under Title VII in that Plaintiff was not employed based on religion (Islamic) and sexual

8

gender. United States of America, Inc is a Christian-Judeo Nation, and their "Holy" book says, with all due respect; "so "G-D" created mankind in his own image, in the image of "G-D" He created them; *male* and *female* He created them" {Genesis 1: 26-27}.

30. As herein described, the Defendants acted with malice and reckless disregard for Plaintiff's rights, proximately causing Plaintiff **mental anguish, conscious *pain*** and ***suffering, emotional distress***, and the ***loss of income*** and other ***related benefits,*** thereby entitling Plaintiff to an award of *compensatory and punitive damages* and an *award of reasonable Sui Juries Attorney's fees.*

## AS AND FOR A FIFTH CAUSE OF ACTION BASED ON RELIGION (ISLAM) UNDER NEW YORK EXECUTIVE LAW §290

31. Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs "1" through "24" as though fully set forth herein.

32. By, engaging in the foregoing conduct defendants has violated Plaintiff's Rights under the State Human Rights Law and United Nations Declaration of Human Rights in that Plaintiff's was not employed based on religion (Islam) and Gender.

33. As herein described, the Defendants acted with malice or with reckless Disregard for Plaintiff's rights, proximately causing Plaintiff mental anguish, conscious pain and suffering, emotional distress, and the loss of income and other related benefits, thereby entitling plaintiff to an award of compensatory damages[6].

## AS AND FOR A SIXTH CAUSE OF ACTION BASED ON RELIGION (ISLAM) UNDER NEW YORK CITY HUMAN RIGHT LAW §8-101, ET AL

34. The Plaintiff repeats and re-alleges each and every allegation contained in

---

[6] U.S. Constitutional Amendment 1, "Congress shall make no law respecting an establishment of religion, or

9

Paragraphs "1" through "24" as though fully set forth herein.

35. By engaging in the foregoing conduct, Defendants has violated Plaintiff's

Rights under the State/City Human Rights Law, in that Plaintiff was not employed based on religion (Islam), and heterosexual Gender, and not homosexual, as the life in New York City.

36. As herein described, the Defendants acted with malice or with reckless

Disregard for Plaintiff's rights, proximately causing Plaintiff *mental anguish, conscious pain and suffering*, *emotional distress,* and the *loss of income* and other *related benefits,* thereby entitling plaintiff to an *award of compensatory damages, as stated herein.* **Religious augment and Constitutional Protections:** the first part of the Amendment, known as the Establishment Clause, prohibits government officials from establishing a national religion. Neither a state {nor City} nor the Federal Government can set up a church. Neither can pass laws which aid one religion, aid all religions, or prefer one religion over another.[7]

## AS AND FOR A SEVENTH CAUSE OF ACTION BASED ON RETALIATION UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964.

37. The Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs "1" through "24" as though fully set forth herein.

38. By engaging in the foregoing conduct, Defendants has violated Plaintiff's

Rights under the Title VII in that Plaintiff were not employed after he complained of discrimination based on his sex and religion.

39. As herein described, the Defendants acted with malice or with reckless

disregard for Plaintiff's rights, proximately causing Plaintiff *mental anguish, conscious pain* and *suffering, emotional distress, and the loss of income and other related benefits,* thereby

---

prohibiting the free exercise thereof"
[7] Everson v. Bd. Of Educ., 330 U.S. 1, 15, 67 S. Ct. 504, 511, 91 L. Ed. 711, 723 {1947}.

4

entitling Plaintiff to an award of *compensatory and punitive damages* and an award of reasonable

Sui Juries Attorney's fees.

### AS AND FOR An EIGHTH CAUSE OF ACTION BASED ON RETALIATION UNDER NEW YORK EXECUTIVE LAW §290

40. The Plaintiff repeats and re-alleges each and every allegation contained in

   Paragraphs "1" through "39" as though fully set forth herein.

41. By engaging in the foregoing conduct, Defendants has violated Plaintiff's

   Rights under the State Human Rights Law, in that Plaintiff were not hired after plaintiff

   Complained of discrimination based on sex and religion.

42. As herein described, the Defendants acted with malice or with reckless

   Disregard for Plaintiff's rights, proximately causing Plaintiff *mental anguish*, *conscious*

*pain* and *suffering, emotional distress*, and the loss of income and other related benefits, thereby

entitling plaintiff to an award of compensatory damages.

### AS AND FOR A NINTH CAUSE OF ACTION BASED ON RETALIATION UNDER NEW YORK CITY HUMAN RIGHT LAW §8-101, ET AL:

43. The Plaintiff repeats and re-alleges each and every allegation contained in

Paragraphs "1" through "24" as though fully set forth herein.

44. By engaging in the foregoing conduct, Defendants has violated Plaintiff's

Rights under the Moorish-American Treaty, New York State and City, Human Rights Laws, in

that Plaintiff were not hired after he complained of discrimination based on sex and religion.

45. As herein described, the Defendants acted with malice, recklessness and

Disregard, for Plaintiff's Rights, proximately causing Plaintiff *mental anguish*, conscious *pain,*

*suffering, emotional distress,* and the loss of income and other related benefits, thereby entitling

11

plaintiff to an *award of compensatory damages.*

## SUI JURIES RELIEF & APPLICABLE LAW

Plaintiff's complaint need contain only "a short and pain statement of the claim showing that The pleader is entitled to relief" {Fed. R. Civ.P 8 {a} {2}; although a "detailed –factual allegations are not necessary, {Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555, 127 S. Ct. 1955, 167, L.E. d.2d, 929 {2007}, the complaint must "contain sufficient factual matter, to state a claim to relief that is plausible on its face" Ashcroft v. Iqbal, -----U.S. ------, 129 S.Ct, 1937, 1949, 173 L. Ed.2d 868 {2009} {quoting Twombly, 550 U.S. U.S. at 570}. The complaint must include factual content that allows the Court to draw the reasonable inference that the defendants are liable for the misconduct alleged.

**Damages in law;** "No man {or woman} in this Country is so high that he {or she} is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it" {*See Burton v. United States, 202 U.S. 344, 26 S.Ct. 688 50 L. Ed 1057; Butz v. Economou, 98S.Ct. 2894 {1978}; United States v. Lee, 106 U.S. at 220, 1 S. Ct. at 261* {1882}. The Eleventh Amendment does not protect {City} or State officials from claims for prospective relief when it is alleged that state or {city} officials acted in violation of federal law. "The innocent individual who is harmed by an **abuse of Government** authority is assured that he will be compensated for his injury {*See Owen v. City of Independence, 445 U.S. 622 {1980}*; *Perry v. United States, 204 U.S. 330, 358.* The limitations inherent in the requirement of due process and equal protection of the law extend to judicial as well as political branches of government, so that a judgment may not be rendered in violation of those constitutional limitations and guarantees. {See *Hanson v. Denckla, 357 US 235, 2 L.*

*Ed 2d 1283, 78 S.Ct 1228.* Every person is entitled to an opportunity to be heard in a court of law upon every question involving his rights or interest, before he is affected by any judicial decision on the question. *Earle v. McVeigh, 91 US 503, 23 L. Ed 398.*

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff, Baxter A. Thomas-Bey, respectfully requests that this Court assume jurisdiction herein and thereafter:

1. Award Plaintiff appropriate compensatory and punitive damages in an amount to be defined and determined, or in the amount of $100 Million Dollars, in punitive damages and various related damages;

2. Award reasonable "Propria Persona", "Sui Juries" Attorney's fees and the costs of this Action;

3. Award such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial for all claims stated herein.

Dated:  New York, New York

September _____2013

_____

By:  Baxter A. Thomas-Bey, **All Rights Reserved, Without Prejudice, U.C.C. 1-207, 308-1-1**

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

**Baxter A. Thomas-Bey,**

               **Plaintiff,**                **SUMMONS IN A CIVIL ACTION**

     v.                           Case Number: _____

**Human Resource Administration,**
**Commissionner Robert Dora, Jacqueline Green,**
**David Piersante, Michael R. Bloomberg, et.al**

               **Defendants,**

To:  Human Resource Administration, Defendants
      Commissionner Robert Dora, Jacqueline Green, David Piersante,
      180 Water Street
      New York, New York {10038}

      Michael R. Bloomberg
      City Hall
      New York, New York 10007

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF (name and address)

                 Baxter A. Thomas-Bey
                    PO Box 7849
              New York, NY {10116}
          {347} 478-3646 {646} 226-0880

An answer to the complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period after service.       •

_____    _____
CLERK                                DATE

_____
BY CLERK OF THE COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**     **INDEXES NO.** _____

Baxter A. Thomas-BEY,
**Plaintiff,**

**-Against-**

**Defendants,**

## VERIFIED COMPLAINT AND

## JURY TRIAL DEMAND

Baxter A. Thomas-Bey
C/O  P.O. Box 7849
New York, NY {10116}
{347} 478-3646/ {646}226-0880

- Litigation Back -

## **VERIFICATION**

STATE OF NEW YORK          )
                           )  SS:
COUNTY OF NEW YORK         )

<u>Baxter A. Thomas-Bey</u>, being duly sworn, deposes and says:

I am the plaintiff herein.  I have read the foregoing and know the contents thereof; the same is

true of my own knowledge except as to the matters stated on information and belief; as to those

matters, I believe the same to be true.

Baxter A. Thomas-Bey

Subscribed and sworn to before me this

Day of September _24th_ 2013

-NOTARY PUBLIC-

**TYESHA LOGAN**
Notary Public, State of New York
Qualified in King County
No. 01LO6259853
My Commission Expires 04-16-2016

15

IN THE MATTER OF BAXTER A. THOMAS-BEY

V.

HUMAN RESOURCE ADMINSTRATION, JACUQLINE GREEN,

ROBERT DORA, DAVID PIERSANTE. MICHAEL R. BLOOMBERG,

Et.al

EXHIBIT A

Case 1:13-cv-06830-UA   Document 2   Filed 09/26/13   Page 17 of 25



Baxter Thomas <livingfaith01@gmail.com>

## 2004 Interview; New York City/State Covert Conspircy, Probation/Parole, et al Cult Order

2 messages

**Baxter Thomas** <livingfaith01@gmail.com>                                           Fri, May 25, 2012 at 11:29 AM
To: Baxter Thomas <livingfaith01@gmail.com>

⌐┐ **Emily Alpert.mht**
└┘ 359K

**Baxter Thomas** <livingfaith01@gmail.com>                                           Fri, May 25, 2012 at 12:17 PM
To: ny1@ic.fbi.gov

May 25, 2012

New York City, Federal Bureau of Investigation
Director Janice K. Fedarcyk
26 Federal Plaza, 23rd Floor
New York, New York 10278-0004

RE: Covert Civil Rights, Christian Cult Conspiracy:

Dear Director Fedarcyk:

This email communication is a follow-up to my two letters, and
supporting enclosures, dated February 16, 2012, and another letter on
the matter herein from New Jersey County. Yes, I was bold in the
expressions of the truth. If a New York City, Bronx County Probation
Officer (Robert Adams), can be bold and tell me to "suck his dick" to
negate a positive drug test, than I can be bold in expressing the
truth (s). In-addition, for Probation General Counsel Gayle Davis, to
invite two of her cult sisters, or alleged lesbian lovers, to witness
my sentencing is an expression of "African-American" Christian females
manifested hate.

The attachment interview that was recorded in 2004, upon my release,
from State Custody, where they made many attempts to kill me. This
interview was conducted by a concern Jewish Human Rights Urban
Justice, Activist (Emily Alpert), who was totally shocked at the
"evil" behavior of "African-American" Christians in government, males
and females of my ethnicity, and some members from the Hispanic
community as well, was a part of this covert cult or occult
conspiracy.

Case in point Mid-State Correctional Facility (MSCF) Officer, M.
Rivera, made a false claim that I had Nation of Islam contraband, in
order to place me in the "**box**", to remove fraudulent Certified mail
Cards, from my personal property. It is appalling, to imprison a
person, and commit federal crimes against that person, and torture
that human being, and this is what they did. The first attempt to kill
me was while in the City Jail, an "African-American"  female
Correctional Officer, called me out of my name, seeking a negative
response from me. But, I was wiser then the devil agent, if I may be
bold in the truth. There was officers standing by to enter the law
library to beat me down to death.

Case 1:13-cv-06830-UA   Document 2   Filed 09/26/13   Page 18 of 25

As, a result of the actions of the government, I studied the lie about "9/11", and will forwarded that truth to you, and my letter of 2/16/12. This email was inspired by New York City Probation Department, David Vogue, ET AL, Bronx County District Attorney office (Ms. Terry) and "Chris" from the Bronx, here is his number; 347 805-4411, and I have the text message I send to him on October 1, 2011, it was an orchestrated crime, like in 1998. This is what the cult do, when you don't submit to them or there sexual request, or interest in "Black" females. I know my people "evil" acts very well, or psychopathic behavior, and am not! afraid to speak out against them.

Thank You,

Baxter A. Thomas/Abdul Aziz, ARR
P.O. Box 7849
N.Y.N.Y. 10116
(347) 478-3646

CC: Press/International Crimnal Court

---------- Forwarded message ----------
From: Baxter Thomas <livingfaith01@gmail.com>
Date: Fri, May 25, 2012 at 11:29 AM
Subject: 2004 Interview; New York City/State Covert Conspircy, Probation/Parole, et al Cult Order
To: Baxter Thomas <livingfaith01@gmail.com>

**Emily Alpert.mht**
359K

April 1, 2012

Baxter A. Thomas, #92671
160 South River Road
Hackensack, New Jersey 07601         **VIA: AFFIDAVIT OF MAIL SERVICES:**

Eric F. Thomas-Chief Criminal Civil Rights Unit
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

*"For our struggle is not against flesh and blood, but against the rulers, against the authorities, against the powers of this dark world and against the spiritual forces of evil in the heavenly realms" {"Holy Bible, Ephesians: 6: 12}.*

Dear Mr. Thomas:

I am in receipt of your letter, dated March 28, 2012, with regards to my complaint and supporting revelations of truth. First, I thank you for your response, and the above biblical verse is applicable, respectfully.

All persons are by nature free and independent, and have certain natural and unalienable rights, among which are those of enjoying and *defending life and liberty*, of acquiring, possessing, and protecting property, and of pursuing and obtaining safety and happiness. The U.S. Constitutional Permeable is pertinent, as well, to the matter stated above.

Sir, with all due respect, as a faith and truth activist, and standing on the foundation of the creator of the *Universe, Sun, Moon*, and *stars*, complainant's was conscious of your agency's response, before receiving it. The sole objection was to document, government violations and ineffectual of professionalism, or lack thereof, respectfully writing, the matter was the result of Chase Bank Manager, and "Chris", et al

This **government torture victim** is well known before the government, and at all levels. 2005 or 06, a State of New York Parole Official stated to me, that he didn't see any cause of action, in his response, on behalf of the governor. And, he was unable to response intelligently, when I responded back with **actual facts and law**; if the governor was not able to address this man on truth and violations, what made an alleged homosexual (Rosa) think that he would be able to respond to issues or me. In addition, this Muslim had a federal Judicial Officer, state in his *satanic decision, respectfully,* that he didn't understand my *civil rights claim*, where State Officials utilized a false charge to deny this former prisoner liberty, and that document was attached for your review. In another matter, I contacted a federal judicial official on "9/11", and in that communication "we" attached exhibits to substantiate the truth therein.

And, got no response, this lack of professionalism and responses devalue intelligent'. On page 43, of the "Depth of Evil" forwarded to the FBI, it is stated; "banking, business, politics, media, intelligence agencies", is all part of the "Depth of Evil" criminal operation, or "New World Order". I thank you once again for acknowledging the correspondence, and welcome your advice.

CC: International Criminal Court/Attorney File                    Sincerely,



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 28, 2012

Mr. Baxter Thomas, #D-92671
Bergen County Jail
160 South River Road
Hackensack, NJ  07601

Dear Mr. Thomas:

This letter is in response to the correspondence that you addressed to the FBI.

The issues that you describe are not within the FBI's investigative purview.  You may wish to contact an attorney for further assistance.

Sincerely yours,

Eric F. Thomas
Chief, Civil Rights Unit
Criminal Investigative Division

IN THE MATTER OF BAXTER A. THOMAS-BEY


V.

HUMAN RESOURCE ADMINSTRATION, JACUQLINE GREEN,

ROBERT DORA, DAVID PIERSANTE. MICHAEL R. BLOOMBERG,

Et.al



EXHIBIT B

Justice Department Issues Letter Regarding Illegal Exclusion of Individuals with HIV/AIDS from Occupational Training and State Lic...

Case 1:13-cv-06830-UA   Document 2   Filed 09/26/13   Page 22 of 25



SEARCH THE SITE

SEARCH

Home  »  Briefing Room  »  Justice News

Printer Friendly

JUSTICE NEWS

## Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE                               Monday, March 21, 2011

### Justice Department Issues Letter Regarding Illegal Exclusion of Individuals with HIV/AIDS from Occupational Training and State Licensing

WASHINGTON – The Justice Department has issued letters to the attorneys general of all 50 states, as well as U.S. territories to request their assistance in addressing the illegal exclusion of individuals with HIV/AIDS from occupational training and state licensing. Persons with HIV and persons with AIDS are covered by the Americans with Disabilities Act (ADA), which gives federal civil rights protections to persons with disabilities in public accommodations, employment, and state and local government services.

The Justice Department has learned that public and private trade schools for barbering, cosmetology, massage therapy, home health care work and other occupations, as well as state licensing agencies, may be illegally denying individuals with HIV/AIDS admission to trade schools and/or occupational licenses because of their HIV status.  However, because HIV cannot be transmitted by casual contact or by the circumstances present in these occupations, HIV-positive status is irrelevant.

In his letter to the attorneys general, Assistant Attorney General for the Civil Rights Division Thomas E. Perez asked that they review their respective jurisdictions' admission and licensing criteria for trade schools and licensing agencies to identify the existence of any criteria that unlawfully exclude or discriminate against persons with HIV/AIDS, and to take the steps necessary to bring all such programs into compliance with the ADA.

"It is critical that we continue to work to eradicate discriminatory and stigmatizing treatment towards individuals with HIV based on unfounded fears and stereotypes," Assistant Attorney General Perez said.  "The ADA clearly protects individuals with HIV and other disabilities from this kind of exclusion or marginalization."

The department recently entered into a settlement agreement with Modern Hairstyling Institute Inc., a private cosmetology school in Bayamón, Puerto Rico, for delaying the admission of an HIV-positive individual.  That settlement agreement requires the school to remove questions about applicants' HIV/AIDS status and to promptly enroll the aggrieved individual in its cosmetology program.  The department has also addressed related issues in its guidance entitled "Questions and Answers:  The Americans with Disabilities Act and the Rights of Persons with HIV/AIDS to Obtain Occupational Training and State Licensing" ( www.ada.gov/qahivaids_license.htm).

11-354                                                        Civil Rights Division

---

DEFENDING THE
AFFORDABLE CARE ACT

JUSTICE.GOV en ESPAÑOL



DEPARTMENT of JUSTICE
ACTION CENTER

Report a Crime

Get a Job

Locate a Prison, Inmate, or Sex Offender

Apply for a Grant

Submit a Complaint

Report Waste, Fraud, Abuse or
Misconduct to the Inspector General

Find Sales of Seized Property

Find Help and Information for Crime
Victims

Register, Apply for Permits, or Request
Records

Identify Our Most Wanted Fugitives

Find a Form

Report and Identify Missing Persons

Contact Us

IN THE MATTER OF BAXTER A. THOMAS-BEY

V.

HUMAN RESOURCE ADMINSTRATION, JACUQLINE GREEN,

ROBERT DORA, DAVID PIERSANTE. MICHAEL R. BLOOMBERG,

Et.al

EXHIBIT C

# RENSE.com

# Illuminati Defector Details Pervasive Conspiracy

## Satanic Cult Plans 'Fourth Reich'

By Henry Makow, Ph.D

10-14-2

If you detect the devil's hand in current events, you may be closer to the truth than you think.



A woman who was raised in the Illuminati cult describes a powerful secret organization comprising 1% of the U.S. population that has infiltrated all social institutions and is covertly preparing a military takeover. Her revelations cast "the war on terror" and "homeland security" in a new light.

"Svali" is the pseudonym of a woman, age 45, who was a mind "programmer" for the cult until 1996. She was the sixth head trainer in the San Diego branch and had 30 trainers reporting to her. She has risked her life to warn humanity of the Illuminati's covert power and agenda.

Prince William gives familiar Satanic signal

She describes a sadistic Satanic cult led by the richest and most powerful people in the world. It is largely homosexual and pedophile, practices animal sacrifice and ritual murder. It works "hand in glove" with the CIA and Freemasonry. It is Aryan supremacist (German is spoken at the top) but welcomes Jewish apostates. It controls the world traffic in drugs, guns, pornography and prostitution. (http://www.suite10 1.com/article.cfm/ritual_abuse/40931) It may be behind political assassination, and "terrorism," including Sept. 11, the Maryland sniper and the Bali bomb blast.

It has infiltrated government on a local, state and national level; education and financial institutions; religion and the media. Based in Europe, it plans a "world order" that will make its earlier attempts, Nazism and Communism, look like picnics. One other detail: these people are not very happy.

IN THE MATTER OF BAXTER A. THOMAS-BEY


V.

HUMAN RESOURCE ADMINSTRATION, JACUQLINE GREEN,

ROBERT DORA, DAVID PIERSANTE. MICHAEL R. BLOOMBERG,

Et.al


EXHIBIT D